

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BRIAN GRAY,

Plaintiff,

v.

ISIDRO BACA, *et al.*,

Defendants.

Case No. 3:16-cv-00716-MMD-VPC

ORDER

Plaintiff has filed a motion for clarification (ECF No. 9) regarding his first amended complaint and the date of service. Plaintiff explains that, after he filed his first amended complaint, he received a receipt stating that proof of service would be due by April 9, 2018, and he is not sure whether he has complied with all requirements. (*Id.* at 2).

Plaintiff is advised that there will be no service or proof of service until after the screening of Plaintiff's first amended complaint. Plaintiff need not serve anything at this time.

DATED THIS 2nd day of May, 2018.

_____

UNITED STATES MAGISTRATE JUDGE

1