AARON D. FORD
  Attorney General
CHARLES D HOPPER, Bar No. 6346
  Deputy Attorney General
State of Nevada
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-3655
E-mail: cdhopper@ag.nv.gov
*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca, Candis Brockway,*
*Dana Marks, Brian Ward & Therese Wickham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KEVIN GRAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>　　　　Defendants. | Case No. 3:16-cv-00716-MMD-CLB<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

Defendants, Romeo Aranas, Isidro Baca, Candis Brockway, Dana Marks, Brian Ward and Therese Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Charles D Hopper, Deputy Attorney General, hereby file this Motion for Extension of Time to File Response to Plaintiff's Motion to Compel Discovery. This motion is made and based on the following Memorandum of Points and Authorities, the pleadings and papers on file herein, and any other evidence this Court deems appropriate to consider.

### MEMORANDUM OF POINTS AND AUTHORITIES

On November 1, 2019, Plaintiff filed the instant Motion to Compel Discovery. *See* ECF No. 47. Defendants' response is now due today, November 15, 2019. Defendants, however, are unable to meet today's deadline for filing of their response due to the reassignment of the case. The instant matter was being handled by a different Deputy Attorney General than the current Deputy Attorney General. That being said, the former

1

1  Deputy Attorney General handling the matter unexpectedly left the office of the Nevada
2  Attorney General. Thus, the case was required to be reassigned and was done so as
3  expeditiously as possible. The matter was reassigned on November 13, 2019. Only upon
4  an initial cursory review of the instant matter yesterday, November 14, 2019, did the
5  current Deputy Attorney General realize there was a response due today, November 15,
6  2019. Therefore, Defendants respectfully request that this Court grant an additional
7  thirty (30) days to file their response to Plaintiff's Motion to Compel Discovery.

DATED this 15th day of November, 2019.

AARON D. FORD
Attorney General

By: /s/ Charles D Hopper
CHARLES D HOPPER, Bar No. 6346
Deputy Attorney General
*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca,*
*Candis Brockway, Dana Marks,*
*Brian Ward & Therese Wickham*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 11/20/2019

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 15, 2019, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Brian Kevin Gray #93478
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ Yolonda Laster
An employee of the
Office of the Attorney General