```
AARON D. FORD
  Attorney General
CHARLES D HOPPER, Bar No. 6346
  Deputy Attorney General
State of Nevada
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-3655
E-mail: cdhopper@ag.nv.gov
Attorneys for Defendants
Romeo Aranas, Isidro Baca, Candis Brockway,
Dana Marks, Brian Ward & Therese Wickham
```

FILED / ENTERED   RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
DEC - 5 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**ORDER**

BRIAN KEVIN GRAY,

    Plaintiff,

vs.

ISIDRO BACA, et al.,

    Defendants.

Case No. 3:16-cv-00716-MMD-CLB

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendants, Romeo Aranas, Isidro Baca, Candis Brockway, Dana Marks, Brian Ward and Therese Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Charles D Hopper, Deputy Attorney General, hereby file this Motion for Extension of Time to File Dispositive Motions. This motion is made and based on the following Memorandum of Points and Authorities, the pleadings and papers on file herein, and any other evidence this Court deems appropriate to consider.

### MEMORANDUM OF POINTS AND AUTHORITIES

On July 8, 2019, Plaintiff filed his Motion to Extend Discovery for ninety days. (*See* ECF No. 42).

On July 22, 2019, Defendants filed their Non-Opposition to Plaintiff's Motion to Extend Discovery. (*See* ECF No. 43).

On August 15, 2019, Minutes of the Court were issued wherein this Court granted Plaintiff's Motion and Extended Discovery. (*See* ECF No. 44).

As a result of the Extension of Discovery, Discovery Cutoff in this matter was calendared for November 4, 2019. *Id.*

More particularly for the purposes of this motion, the deadline for the filing of dispositive motions was calendared for December 4, 2019. *Id.*

Unfortunately, Defendants are unable to meet today's deadline for filing of their dispositive motions due to the reassignment of the case. The instant matter was being handled by a different Deputy Attorney General than the current Deputy Attorney General. That being said, the former Deputy Attorney General handling the matter unexpectedly left the office of the Nevada Attorney General. Thus, the case was required to be reassigned, along with all the other cases that had been handled by the former Deputy Attorney General, and was done so as expeditiously as possible.

On November 14, 2019, the matter was reassigned. Only upon an initial cursory review of the instant matter, along with all the other reassigned matters, did the current Deputy Attorney General realize that the discovery deadline in this matter had come and gone and Dispositive motions were now due.

Given these unforeseeable circumstances, Defendants respectfully request that this Court grant an additional sixty (60) days to file their Dispositive motions.

DATED this 4th day of December, 2019.

AARON D. FORD
Attorney General

By: /s/ Charles D Hopper
CHARLES D HOPPER, Bar No. 6346
Deputy Attorney General
*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca,*
*Candis Brockway, Dana Marks,*
*Brian Ward & Therese Wickham*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 12/5/2019

2