1  AARON D. FORD
   Attorney General
2  S. PAUL EDWARDS, Bar No. 10033
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, NV 89701
5  7752 684-1261
   E-mail: sedwards@ag.nv.gov
6
7  *Attorneys for Defendant,*
   *Romeo Aranas, Isidro Baca, Candis Brockway,*
   *Dana Marks, Brian Ward and Therese Wickham*
8

FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA    *ORDER*

11  BRIAN KEVIN GRAY,

12              Plaintiff,                Case No.  3:16-cv-00716-MMD-CLB

13  vs.                                   **DEFENDANTS' MOTION FOR
                                          EXTENSION OF TIME TO FILE
14  ISIDRO BACA, *et al.,*                DISPOSITIVE MOTIONS (SECOND
                                          REQUEST)**
15              Defendants.

16        Defendants Romeo Aranas, Isidro Baca, Candis Brockway, Dana Marks, Brian

17  Ward and Therese Wickham, by and through counsel, Aaron D. Ford, Attorney General of

18  the State of Nevada, and S. Paul Edwards, Deputy Attorney General, hereby file

19  Defendants' Motion for Extension of Time to File Dispositive Motions (Second Request).

20  This motion is based on the following Memorandum of Points and Authorities, the

21  pleadings and papers on file herein, and any other evidence this Court deems appropriate.

22            **MEMORANDUM OF POINTS AND AUTHORITIES**

23        On July 8, 2019, Plaintiff filed his Motion to Extend Discovery for ninety days.

24  (*See* ECF No. 42.)  On July 22, 2019, Defendants filed their non-opposition to Plaintiff's

25  Motion to Extend Discovery.  (*See* ECF No. 43.)

26        On August 15, 2019, Minutes of the Court were issued wherein this Court granted

27  Plaintiff's motion and extended discovery.  (*See* ECF No. 44.)

28  / / /

1

As a result of the extension of discovery, discovery cutoff in this matter was calendared for November 4, 2019. (*Id.*) The deadline for the filing of dispositive motions was calendared for December 4, 2019. (*Id.*)

On December 4, 2019, Defendants moved for an extension of the deadline for filing dispositive motions on the basis that the Deputy Attorney General to whom the case was assigned had unexpectedly left the Attorney General's Office and the case had been reassigned to a new attorney, Deputy Attorney General Hopper. (ECF No. 53.) The Court granted the extension, resetting the deadline for dispositive motions to Monday, February 3, 2020. (ECF No. 54.)

Unfortunately, Defendants are unable to meet that deadline due to another unexpected reassignment of the case to a new attorney. Deputy Attorney General S. Paul Edwards came to work for the Attorney General's Office on January 6, 2020. Mr. Edwards was assigned the case on January 22, 2020, along with dozens of other cases with their respective calendars and deadlines. Only upon an initial cursory review of the instant matter, along with all the other reassigned matters, did Mr. Edwards determine that dispositive motions were due in this case on February 3, 2020. Additionally, Mr. Edwards will be sitting as second chair in one of two jury trials this office has scheduled to start on February 3 before this Court (Judge Jones).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    Given these circumstances, Defendants respectfully request that this Court grant

2  an additional sixty (60) days for the Parties to file their dispositive motions.  Defendants

3  do not anticipate any further requests for extensions in this matter.

4    DATED this 31st day of January, 2020.

5                                              AARON D. FORD
                                               Attorney General
6

7                                        By:   /s/ S. Paul Edwards
                                               S. PAUL EDWARDS, Bar No. 10033
8                                              Deputy Attorney General

9                                              *Attorneys for Defendant*

10                                        **IT IS SO ORDERED**

11

12                                        U.S. Magistrate Judge

13                                        DATED: 2/4/2020

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3